# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF248
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41256 | $35,540.23 | 8/5/2024 | 25736505 | 8/2/2024 | $35,540.23 |
| | 41451 | $31,267.08 | 9/11/2024 | 25771833 | 9/1/2024 | $31,267.08 |
| | 41668 | $1,696.47 | 10/10/2024 | 25828150 | 10/1/2024 | $1,696.47 |
| **Total Transfers** | **3** | **$68,503.78** | | | | **$68,503.78** |